## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  12-cv-01547-LTB

ADVANCED ENERGY INDUSTRIES, INC., a Delaware corporation, and
ADVANCED ENERGY INDUSTRIES GmbH, a German corporation,

       Plaintiffs,

v.

PHOTON IMPORT s.r.o., a Czech limited liability company, and
PHOTON ENERGY a.s., a Czech corporation,

       Defendants.

___

### ORDER
___

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal (Doc 4 - filed August 3, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   August 7, 2012